IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TRACEY L. FUEHRER,                  :
                                    :        Case No. 4: 06-CV-619
              Plaintiff,            :
                                    :
      v.                            :        (Judge McClure)
                                    :        (Magistrate Judge Mannion)
JO ANNE B. BARNHART,                :
                                    :
              Defendant.            :

**O R D E R**

September 1, 2006

**BACKGROUND:**

On March 24, 2006, plaintiff Tracey L. Fuehrer, filed a civil complaint

seeking review of the denial of benefits by the social security administration

pursuant to 42 U.S.C. § 405(g).

The matter was initially referred to United States Magistrate Judge Malachy

E. Mannion.

On June 12, 2006, the defendant filed a motion to dismiss and a brief in

support.  Defendant's brief in support asserts that plaintiff untimely commenced

the action without requesting or being granted an extension of time.  No brief in

opposition appears on the docket.

By correspondence to the magistrate judge dated August 28, 2006, plaintiff's

counsel has indicated that "there is no point in pursuing this matter any further."

(Rec. Doc. No. 5.)

The magistrate judge has since directed the court's attention to the case file.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      As plaintiff's counsel has indicated that the matter will no longer be

pursued, the complaint is dismissed with prejudice under Federal Rule

of Civil Procedure 41(a)(2).

2.      Defendant's motion to dismiss is denied as moot.  (Rec. Doc. No. 3.)

3.      The clerk is directed to close the case file.


     s/ James F. Mcclure, Jr.     
James F. McClure, Jr.
United States District Judge